**Law Offices**
**FRED H. MIDDAUGH & ASSOCIATES**
A PROFESSIONAL CORPORATION

**FILED**
JAN 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

320 MAIN STREET, SUITE B
SEAL BEACH, CALIFORNIA 90740-6320
TELEPHONE: (562) 493-1777
FACSIMILE: (562) 493-5470

January 13, 2006

**FILED**
JAN 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

**VIA FACSIMILE NUMBER: (415) 522-4021**
**AND UNITED STATES MAIL**

The Honorable James Larson
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**SO ORDERED**

*[signature]*

**JAMES LARSON**
**U.S. MAGISTRATE JUDGE**

Re: The Taiping Insurance Co., Ltd. v.
Airborne Express, Inc., et al.
Case Number: C05-3637 JL
Our File Number: EW01.00102

Dear Judge Larson:

This is to confirm my telephone conversation with Ms. Campbell on January 10, 2006, and the telephone conversation my legal specialist, Sheri Winford, had with Ms. Thomas on January 13, 2006, wherein they informed us that the Case Management Conference in this matter presently scheduled on January 18, 2006, in your Courtroom, at 10:30 A.M., is now scheduled on March 22, 2006, in your Courtroom, at 10:30 A.M.

Both defendants were timely served with process in this matter and the separate proofs of service will be filed with the Court by Tuesday, January 17, 2006.

We appreciate your courtesy in this matter.

Yours very truly,

*[signature]* Fred H. Middaugh

Fred H. Middaugh

FHM/saw