*Law Offices*

# FRED H. MIDDAUGH
# & ASSOCIATES
A PROFESSIONAL CORPORATION

320 MAIN STREET, SUITE B
SEAL BEACH, CALIFORNIA 90740-6320
TELEPHONE: (562) 493-1777
FACSIMILE: (562) 493-5470

March 20, 2006

## VIA TELECOPIER NUMBER: (415) 522-2140

The Honorable James Larson
United States Magistrate Judge
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California 94102-3483

Re: The Taiping Insurance Co., Ltd. v.
Airborne Express, Inc., et al.
Case Number: C 05-3637 JL
Our File Number: EW01.00102

Dear Judge Larson:

Pursuant to the telephone request today from your Courtroom Deputy, Wings Hom, attached is a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** signed by me as counsel for the plaintiff The Taiping Insurance Co., Ltd. in the above-referenced matter. My legal specialist, Sheri Winford, telephoned attorney Robert Taitz this afternoon to advise him that he will also need to submit a signed consent form in this matter. Ms. Winford is sending a copy of the consent form to Mr. Taitz today under separate cover via facsimile.

Further, I would appreciate appearing telephonically at the Case Management Conference scheduled in this matter on Wednesday, March 22, 2006, at 10:30 A.M. I can be reached on that date and at the scheduled time at my office. My office telephone number is (562) 493-1777.

The Honorable James Larson
March 20, 2006
Page 2 of 2

Thank you for allowing me to appear telephonically at the hearing. Should you have any questions regarding this matter, please do not hesitate to contact me.

Yours very truly,

Fred H. Middaugh

FHM/saw
Attachment: As above

cc:  Robert J. Taitz, Esq.
     (With attachment)

SO ORDERED

JAMES LARSON
U.S. MAGISTRATE JUDGE