Fred H. Middaugh (Bar No. 62133)
LAW OFFICES OF
FRED H. MIDDAUGH & ASSOCIATES
320 Main Street, Suite B
Seal Beach, California 90740-6320
Telephone:  (562) 493-1777
Facsimile:  (562) 493-5470
E-mail: middaugh@maalaw.net

Attorneys for Plaintiff
THE TAIPING INSURANCE CO., LTD.

RECEIVED
JUL - 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT...

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO

FILED BY FAX

| | |
|---|---|
| THE TAIPING INSURANCE CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AIRBORNE EXPRESS, INC., a corporation; and DHL EXPRESS (USA), INC., <br><br> Defendants. | Case No.: C05-3637 JL <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER <br><br> DATE:  July 5, 2006 <br> TIME:  10:30 A.M. <br> COURTROOM: F <br><br> The Honorable James Larson |

   IT IS HEREBY STIPULATED by the plaintiff The Taiping Insurance Co., Ltd., through its attorney of record, Fred H. Middaugh, and the defendant DHL Express (USA), Inc., formerly known as Airborne Express, Inc., through its attorney of record, Robert J. Taitz at Shane & Taitz, that the Case Management Conference presently scheduled for July 5, 2006, at 10:30 A.M., in the Courtroom of the Honorable James Larson, shall be continued to August 23, 2006, at 10:30 A.M., in the Courtroom of the Honorable James Larson.

   This is the second request of the parties to continue the Case Management Conference because the parties have discussed settlement of this case

1  and request the continuance in order to bring this matter to an amicable conclusion
2  and file the necessary dismissal documents with the Court.

4  DATED: June 29, 2006         LAW OFFICES OF
                                FRED H. MIDDAUGH & ASSOCIATES

                                By_____
                                FRED H. MIDDAUGH
                                Attorneys for Plaintiff
                                THE TAIPING INSURANCE CO., LTD.

DATED: June 30, 2006            SHANE & TAITZ

                                By_____
                                ROBERT L. TAITZ
                                Attorneys for Defendant
                                DHL EXPRESS (USA), INC.,
                                formerly known as
                                AIRBORNE EXPRESS, INC.

## ORDER

Having read the stipulation of the parties to continue the Case Management Conference presently scheduled on July 5, 2006, at 10:30 A.M.,

IT IS HEREBY ORDERED that the Case Management Conference scheduled on July 5, 2006, at 10:30 A.M., shall be continued to August 23, 2006, at 10:30 A.M., in the Courtroom of the Honorable James Larson.

DATED: 7-5-06                   _____
                                UNITED STATES MAGISTRATE JUDGE